```
Arvind Balu
Filing In Pro Per as a Natural Man
PO BOX 1401
Oakland California 94604
```

FILED
08 JUN 23 PM 2:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Arvind Balu,                    ) Case No.: C 08-03014 WHA
                                )
            Plaintiff,          ) MOTION TO AMEND PLEADING
                                )
    vs.                         )
                                )
Lake County et al,              )
                                )
            Defendant           )

Dated this 20th day of June, 2008

_____
Filing In Pro Per as a
Natural Man
PO BOX 1401
Oakland California 94604

HERE COMES Arvind Balu, requesting to amend his complaint filed on 6/18/08. When this pleading was filed, due to a printer error page 45 was not attached. The total length of the complaint is 72 pages; only 71 were submitted, according to file stamped copies that Balu has from the Court clerk. A complete copy, with page 45 included, was e-mailed on the morning of 6/18/08 to the Hon. Susan Illston. This will confirm that page 45 existed at the time and has not been added in hindsight. The allegations against defendants listed as Lakeport Police Dept., Offcr. Erickson, and the Victim Witness Program Jane Doe are on page 45, attached here.

COMPLAINT FOR DAMAGES UNDER 42 U.S.C. 1983 DEMAND FOR JURY TRIAL - 1

1  Additionally, Balu attaches an outline of the complaint that matches each defendant with the specific page and line the allegations against that defendant appear, and asks the Court to incorporate this into the complaint.
2
3  And lastly, Balu amends his original complaint to clarify that the defendant Kimmel of the Contra Costa Crime Lab is in fact a CSI, or Crime Scene Investigator, and as she is sued in her official capacity, adds the Contra Costa Sheriff as a defendant, as Balu initially named the County of Contra Costa, and after further review found that this crime lab is also part of the Sheriff's department.
4
5
6  Balu also amends his original complaint to insert "in their individual and official capacity" for each named individual person that is a defendant; though that is made clear in the complaint, that exact language is not used.
7
8  Balu also adds the following verification, if needed, to his complaint:
9  "I, Arvind Balu, verify that the allegations of fact and facts related herein are true to the best of my knowledge and can be verified by information and belief contained in documented sources. The facts will also be proven further at trial on the issues. I declare this under penalty of and pain of perjury."
10
11
12                                              Arvind Balu
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPLAINT FOR DAMAGES UNDER 42 U.S.C. 1983 DEMAND FOR JURY TRIAL - 2

mental health and substantive due process right to be competent when facing life in prison.

Balu also alleges the victim witness persons, Jane Doe victim witness, violated his right to be free of fear and persecution and contributed to this environment of fear and paranoia contributing to his psychosis when she attempted to frame him for assaulting a teenage police officers daughter in the Courthouse hallway, Ms. Erickson.  This fourteen year old told the DA's investigator Roxson that this was a lie; by then this rumor had spread throughout the local area, and the girls father, Officer Erickson, had stopped Balu at night and done everything to put him in fear for his life. Balu alleges these defendants intentionally contributed to a state of paranoia and fear intended to drive Balu over the edge, violating his constitution right to be free of fear with the intention of violating his due process right to go to trial with a sane mind.

Thus the constitutional finding of fact as to incompetence after, and during the trial, and the finding of a constitutional fact states a claim for 42 USC 1983 purposes under the due process clause, and it is indeed a right to be free from criminal trial and punishment; indeed if actual injury, in this case shown by the lack of a guilty verdict, a presumption of innocence and a petition for factual innocence, based on the facts of innocence shown in the PRT, the RT, and post conviction proceedings, Balu is entitled to damages as a matter of law.

*Balu alleges the following individuals had official responsibility for assuring Balu's mental competence: the judge, his attorneys, and the ADA.*

The judge may have had absolute immunity, but the attorneys and ADA did not.