Arvind Balu
Filing In Pro Per as a Natural M....
PO Box 1401
Oakland California  94604

FILED

03 JUN 23 PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Arvind Balu,

          Plaintiff,

     vs.

Lake County et al,

          Defendant

Case No.: 08-03014 WHA

NOTICE OF RELATED CASE

Dated this 18th day of June, 2008

By_____
          Filing In Pro Per as a
          Natural Man
          1507 Trestle Glen
          Oakland California

Please take note: Arvind Balu brings this civil rights action in this Court today, 6/18/08.  There was one previous civil rights filing Balu submitted to this Court, and was granted leave to amend; that was Balu v. Jacobsen et al. Balu was granted leave to amend by the Court, Hon. Illston, and was unable to do so without counsel within the 30 days given as he was hospitalized under Welfare and Institutions Code 5150, and was suffering health problems, partly from the shock of being was expelled from Berkeley in exchange for the suit he filed; Balu seeks at sometime to refile that complaint from the perspective of retaliation, and violation of due process- he was expelled without a hearing. Balu suffers discrimination in more than just college; while that case was about that, the damages in this case relate to the loss of education and career opportunities; that pre3vious case may be refiled in

COMPLAINT FOR DAMAGES UNDER 42 U.S.C. 1983 DEMAND FOR JURY TRIAL - 1

1   while that case was about that, the damages in this case relate to the loss
    of education and career opportunities; that pre3vious case may be refiled in
2   a different form for the discrimination that occurred *as a result of the*
    *filing* and retaliation, facts for which there has been no juedgment; and the
3   equal protection issues Hon. Illston was willing to hear.  Her familiarity
    with the discrimination issues that Balu is facing which Balu alleges are a
4   result of having been wrongly convicted are important to understanding rthis
    case and the potential damages; the lifelong stigma alleged.  Balu is a pro
5   se plaintiff, and though he has advice counsel, at this point he is
    comfortable with the manner in which Hon. Illston writes her rulings with
6   clear instructions as to what is needed.  For these reasons Balu is
    requesting this case be sent to her department where a related case was and
7   may be refiled, and a history of related issues exists.  In the previous
    case, Balu had not filed in forma pauperis as he wanted the summons
8   immediately; he would have qualified had he done so for an appointment of
    cousel had the facts been further developed.

9

10

11                                          Arvind Balu
12                                          6/18/08

13

14

15

16

17

18

19

20

21

22

23

24

25

**arvbaluberk**    Offline
Sign Out, My Account, Mail Classic

Yahoo! | My Yahoo! | News    Search the Web...    Search

| Check Mail | New | Home | Sent | failur | Mess | E FIL | | Mobile | Options  | Help |

Search Mail...    Go

Delete    Reply    Forward    Move    Print    More Actions

**E FILING COMPLAINT**

arv ind <arvbaluberk@yahoo.com>    Add

Standard Header
Wednesday, June 18, 2008 8:10:23 AM

To: siPDF@cand.uscourts.gov

42 USC 1983 COMPLAINT BALU V LAKE COUNTY.doc (228KB)

- Inbox (2824)
- Drafts (42)
- Sent
- Spam (65)    Empty
- Trash    Empty
- Contacts    Add
- Calendar
- Notepad
- All Feeds    Add
- My Folders    Add
  - business (2)
  - comp
  - conant
  - court
  - nissan (11)
  - novus
  - real estate (7)
  - sp-am
  - victim fud
  - victim fund

DEAR HONORABLE SUSAN ILLSTON;

I WAS UNDER THE IMPRESSION THAT THE PREVIOUS E
FILING AUTHORIZATION YOU GAVE ME COULD BE USED
LATER TO FILE A CASE DE NOVO, OR RESTART A
PREVIOUS CASE.

I SUBMITTED MY APPLICATION YESTERDAY;
I HAVE TO FILE THIS COMPLAINT TODAY. I HAVE
ATTACHED IT TO MAKE SURE THE COURT HAS A COPY IN
CASE I HAVE ANY DIFFICULTY GETTING TO THE
COURTHOUSE.

ARVIND BALU
510 684 6592

TODAY: WED, 6/18 - THU, 7/3:S    FRI, 7/4 • Independence Day    SAT, 7/5 - THU, 7/3