**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU, | No. C 08-03014 WHA |
| Plaintiff, | |
| v. | |
| LAKE COUNTY, LAKE COUNTY SHERIFF'S DEPARTMENT, DETECTIVE JAN LAYFIELD, LAKE COUNTY DISTRICT ATTORNEY, STEPHEN O. HEDSTROM, REBECCA DRUCKMAN, LAKEPORT POLICE DEPARTMENT, OFFICER ERICKSON, LAKE COUNTY MENTAL HEALTH, CALIFORNIA BOARD OF CORRECTIONS, INSPECTOR GANTER, LAKE COUNTY JAIL SHERIFF'S DEPARTMENT, SERGEANT DENTON, SERGEANT CROUCH, LAKE COUNTY PROBATION DEPARTMENT, CONTRA COSTA CRIME LABORATORY, KIMMEL, STATE OF CALIFORNIA, OFFICE OF CRIMINAL JUSTICE PLANNING, CHILD PROTECTIVE SERVICES, CALIFORNIA DEPARTMENT OF MENTAL HEALTH, DIRECTOR OF ASH, DR. ERIC SIMON, BERKELEY POLICE DEPARTMENT, ROMMEL BONDOC, JAI GOHEL, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and DETECTIVE MOORHOUSE, | **ORDER GRANTING LEAVE TO AMEND PLEADING AND GRANTING MOTION TO ALLOW ELECTRONIC FILING IN CIVIL ACTION** |
| Defendants. | |

Plaintiff filed his complaint against defendants on June 18, 2008. Defendants have not yet been served. He now seeks leave to amend his complaint. Pursuant to FRCP 15(a), a party may amend its pleading once as a matter of course before being served with a responsive

pleading. Accordingly, plaintiff's request is **GRANTED**. Plaintiff also requests that he be authorized to electronically file in this civil action. The request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ARVIND BALU,

        Plaintiff,

  v.

LAKE COUNTY et al,

        Defendant.

Case Number: CV08-03014 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Arvind Balu
PO Box 1401
Oakland, CA 94604

Dated: June 25, 2008

        Richard W. Wieking, Clerk
        By: Frank Justiliano, Deputy Clerk