IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU, | No. C 08-03014 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| LAKE COUNTY, LAKE COUNTY SHERIFF'S DEPARTMENT, DETECTIVE JAN LAYFIELD, LAKE COUNTY DISTRICT ATTORNEY, STEPHEN O. HEDSTROM, REBECCA DRUCKMAN, LAKEPORT POLICE DEPARTMENT, OFFICER ERICKSON, LAKE COUNTY MENTAL HEALTH, CALIFORNIA BOARD OF CORRECTIONS, INSPECTOR GANTER, LAKE COUNTY JAIL SHERIFF'S DEPARTMENT, SERGEANT DENTON, SERGEANT CROUCH, LAKE COUNTY PROBATION DEPARTMENT, CONTRA COSTA CRIME LABORATORY, KIMMEL, STATE OF CALIFORNIA, OFFICE OF CRIMINAL JUSTICE PLANNING, CHILD PROTECTIVE SERVICES, CALIFORNIA DEPARTMENT OF MENTAL HEALTH, DIRECTOR OF ASH, DR. ERIC SIMON, BERKELEY POLICE DEPARTMENT, ROMMEL BONDOC, JAI GOHEL, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, and DETECTIVE MOORHOUSE, | |
| Defendants. / | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Susan Illston for a determination whether it is related *Balu v. Jacobsen et al.*, C 06-06133 SI. Plaintiff

1  in the present action filed a "notice of related case," stating that "Balu is requesting this case be
2  sent to her department where a related case was and may be refiled, and a history of related
3  issues exists" (Dkt. No. 6 at 2).

5  **IT IS SO ORDERED.**

7  Dated:  June 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY et al,<br><br>　　　　　Defendant. | Case Number: CV08-03014 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Arvind Balu
PO Box 1401
Oakland, CA 94604

Dated: June 25, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Frank Justiliano, Deputy Clerk