IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARVIND BALU,                                          No. C 08-03014SI

       Plaintiff,                             **NOTICE**

  v.

LAKE COUNTY,

       Defendant.
                                           /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 31, 2008, at 2:00 p.m.

Dated: July 25, 2008                                                       RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California