United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU, | No. C 08-3014 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW ELECTRONIC FILING** |
| v. | |
| LAKE COUNTY, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that plaintiff's request to refer this case to the e.filing program is granted. This case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 4, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARVIND BALU,

        Plaintiff,

v.

LAKE COUNTY et al,

        Defendant.
        _____/

Case Number: CV08-03014 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arvind Balu
PO Box 1401
Oakland, CA 94604

Dated: August 5, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk