1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARVIND BALU,                                                    No. C 08-3014 SI

         Plaintiff,                                          **ORDER RE: VARIOUS MOTIONS FILED BY PLAINTIFF**

  v.

LAKE COUNTY, *et al.*,

         Defendants.

_____/

      By order filed December 15, 2008, the Court granted defendants' motions to dismiss and granted plaintiff leave to amend.  At the time of filing the order, the Court had not yet received numerous documents filed by plaintiff on December 12, 2008 (but not entered into the docket until December 16, 2008).  The Court GRANTS plaintiff's request to amend the complaint, and if plaintiff wishes to amend the complaint he must do so no later than **January 5, 2009**, and in accordance with the guidance provided in the Court's December 15, 2008 order.  The Court DENIES the balance of plaintiff's motions as without merit.  (Docket Nos. 54-57).

      **IT IS SO ORDERED.**

Dated: December 29, 2008

                                  SUSAN ILLSTON
                                  United States District Judge