IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU, | No. C 08-3014 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LAKE COUNTY, *et al.*, | |
| Defendants. / | |

The Court has granted defendants' motions to dismiss the complaint without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 25, 2009

SUSAN ILLSTON
United States District Judge