UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU,<br><br>        Plaintiff,<br><br>v.<br><br>REBECCA DRUCKMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-02088-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Balu v. Lake County,* 08-cv-03014-SI.

**IT IS SO ORDERED.**

Dated: September 17, 2024

THOMAS S. HIXSON
United States Magistrate Judge